WILLIAM H. FRASSE, Respondent, v. JOHN E. VAN WIE, Appellant.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. Settle order fixing date for examination to proceed upon notice. Present — Dowling, Smith, Merrell, McAvoy and Martin, JJ.

EDITH DOWNEY, Respondent, v. JOB E. HEDGES, as Receiver of NEW YORK RAILWAYS COMPANY, and Others, Appellants.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Dowling, Smith, Merrell, McAvoy and Martin, JJ.

HELEN E. EDWARDS, Respondent, v. EDWIN B. EDWARDS, Appellant.— Order modified by reducing the amount which the defendant is ordered to pay as and for counsel fee to the sum of $200, and as so modified affirmed, without costs. No opinion. Present — Dowling, Smith, Merrell, McAvoy and Martin, JJ.

ISIDORE SCHEINBERG and Others, as Heirs at Law, etc., Appellants, v. BEATRICE SCHEINBERG, Respondent.— Findings modified as indicated in order, and judgment affirmed, with costs. No opinion. Present — Dowling, Smith, Merrell, Finch and Martin, JJ.; Merrell, J., dissents.

THE CITY OF NEW YORK v. NORTHERN TERMINAL CORPORATION and Another.— Motion to dismiss appeal denied. Present — Dowling, Smith, Merrell, McAvoy and Martin, JJ.

DAVID HARRIS v. HERMAN TOLK.— Motion to dismiss appeal granted, without costs. Present — Dowling, Smith, Merrell, McAvoy and Martin, JJ.

MYRON W. ROBINSON v. FRANK E. BRUMLEY and Others.— Motion to dismiss appeal denied, with ten dollars costs. Present — Dowling, Smith, Merrell, McAvoy and Martin, JJ.

FRANK E. BRUMLEY and Another v. MYRON W. ROBINSON.— Motion to dismiss appeal denied, with ten dollars costs. Present — Dowling, Smith, Merrell, McAvoy and Martin, JJ.

RAYMOND ROSEN and Another v. S. SILBERSTEIN & SON, INC., Defendant. MEYER SILBERSTEIN, Appellant.— Application denied, with ten dollars costs. Order signed. Present — Dowling, Smith, Merrell, McAvoy and Martin, JJ.

R. E. WATHEN & CO., INC., v. EXPORTERS WAREHOUSE CO., INC.— Application denied, with ten dollars costs, and stay vacated. Order signed. Present — Dowling, Smith, Merrell, McAvoy and Martin, JJ.

THE UMATILLA, INC., v. WILLIAM F. QUINN.— Application denied, with ten dollars costs, and stay vacated. Order signed. Present — Dowling, Smith, Merrell, McAvoy and Martin, JJ.

CHESEBRO-DAVIDSON REALTY CO., INC., v. EUGENE G. MEYER, Also Known and Trading as GEORGE MEYER.— Application denied, with ten dollars costs, and stay vacated. Order signed. Present — Dowling, Smith, Merrell, McAvoy and Martin, JJ.

EDNA WILSON and Others v. PHILIP SPRINGER and Another.— Application denied, with ten dollars costs, and stay vacated. Order signed. Present — Dowling, Smith, Merrell, McAvoy and Martin, JJ.

CARL H. JOHNER v. HARRY W. GUERNSEY, Impleaded, etc.— Application denied, with ten dollars costs. Order signed. Present — Dowling, Smith, Merrell, McAvoy and Martin, JJ.